UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. )
) Criminal No. 05-10155-MLW
JANET E. SMITH )
and )
THOMAS H. CABANA )
_____ )

### GOVERNMENT'S LOCAL RULE 112.4(B) ORGANIZATIONAL VICTIM DISCLOSURE STATEMENT

The United States hereby notifies the Court, as required by Local Rule 112.4(B), that it has identified the companies below as organizational victims of the crimes alleged in this Indictment:

Dedham Savings Bank
55 Elm Street
Dedham, MA

Mechanics Cooperative Bank
308 Bay Street
Taunton, MA

Newcourt Financial USA, Inc.
[now CIT Group]
111 Monument Circle
Indianapolis, IN

CIT Financial USA
Suite 150
Oklahoma City, OK

Respectfully submitted this 16th day of June, 2005.

MICHAEL J. SULLIVAN
United States Attorney

By: _____
VICTOR A. WILD
Assistant United States Attorney
One Courthouse Way
Boston, MA  02210
(617) 748-3154

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the persons listed below a copy of the foregoing document by U.S. mail:

JANET E. SMITH, 3 Everett Lane, Foxboro, MA 02035

THOMAS H. CABANA, 3 Everett Lane, Foxboro, MA 02035

_____
VICTOR A. WILD
Assistant United States Attorney