UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                                Criminal No. 05-10155-MLW

Thomas H. Cabana
3 Everett Lane
Foxboro, MA 02035

**SUMMONS IN A CRIMINAL CASE**

You are hereby SUMMONED to appear for an Initial Appearance on **Monday, July 11, 2005 at 11:00 A.M., in Courtroom #15**, on the 5th Floor in the United States District Court, 1 Courthouse Way, Fan Pier, Boston, Massachusetts, before Magistrate Judge Judith Gail Dein.

For an initial appearance on the indictment charging you with a violation of Title 18 United States Code, Section(s) 371 and 1344.

_____
Signature of Issuing Officer

Thomas F. Quinn Jr
Deputy Clerk

June 29, 2005
Date

**NOTE:** The defendant must appear with their attorney. **Failure to appear will result in the issuance of a warrant for your arrest.** If you can not afford an attorney, complete the enclosed financial affidavit and telephone Deputy Clerk Thomas Quinn immediately at (617) 748-9040. You must report to the Pretrial Services Office (room 1300, 1st floor), in the United States Courthouse Building two hours before you are scheduled to appear before the judge for a pretrial interview.