

**U.S. Department of Justice**

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

August 31, 2005

Oscar Cruz, Jr.
Office of Federal Defender
125 Pearl Street
Third Floor
Boston, MA 02110

Glen P Randall, Esq.
*Murphy and Randall*
Suite 100
50 Burlington Mall Road
Burlington, MA 01803

      Re:  United States v. Smith & Cabana
            Criminal No. 05-10155-MLW

Dear Counsel:

    I wrote to you on August 12th concerning certain records temporarily being held in storage by the trustee for the Chapter 7 bankruptcy of Trip Makers, Inc. *These are not records in the possession or control of the Government.* However, in light of the pending criminal case, the Trustee offered to delay routine destruction of the records to give defense counsel a reasonable time to determine whether you want to review those records. My letter asked that you contact Attorney Adam Ruttenberg, *Looney & Grossman*, [(617) 951-2819 x 556; ARuttenberg@lgllp.com] as counsel to the trustee, by **August 26th** to advise.

    I am informed that neither counsel has contacted Mr. Ruttenberg or the Trustee. I assume from that fact that neither counsel wishes to review the bankruptcy records.

Page 2

    A copy of my letters has been delivered to Mr. Ruttenberg. I assume that within the near future he may advise the Trustee to dispose of the records per standard procedure.

                                Very truly yours,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                    By:    COPY
                                VICTOR A. WILD
                                Assistant U.S. Attorney

cc:   Thomas Quinn
      Clerk to Magistrate Judge Dein
      (without enclosure)