UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10155-MLW

UNITED STATES OF AMERICA

v.

JANET E. SMITH and
THOMAS H. CABANA

## FURTHER ORDER ON EXCLUDABLE TIME

January 5, 2006

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 5, 2006 through February 17, 2006

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior order of the court dated July 11, 2005, August 22, 2005, September 16, 2005, October 28, 2005, November 29, 2005 and this order, at the time of the Final Status Conference on February 17, 2006 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days will remain under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge