UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u> | <u>**CRIMINAL CASE**</u>

NO. <u>05-10155-MLW</u>

V.

<u>**JANET SMITH and THOMAS CABANA**</u>
Defendant(s)

<u>**NOTICE OF HEARING**</u>

<u>**WOLF, D.J.**</u>

PLEASE TAKE NOTICE that the above-titled case has been set for a CHANGE OF PLEA HEARING on <u>MARCH 22, 2006</u> at 3:00 P.M. before Chief Judge Wolf in Courtroom # <u>10</u> on the <u>5th</u> floor.

SARAH A. THORNTON
CLERK OF COURT

<u>March 10, 2006</u>  By:  <u>/s/ Dennis O'Leary</u>
Date  Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)

[ntchrgcnf.]
[kntchrgcnf.]