UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                              **CRIMINAL CASE**

                                                                                 **NO. 05-10155-MLW**

V.

**JANET SMITH and THOMAS CABANA**

**NOTICE OF CANCELLATION**

**WOLF, D.J.**

Please take notice that the **RULE 11 HEARING** scheduled for **MARCH 22, 2006** at **3:00 P.M.** has been RESCHEDULED for **MARCH 22, 2006** at **2:30 P.M.**

                                                          SARAH A. THORNTON
                                                          CLERK OF COURT

**March 20, 2006**                                   By:    /s/ Dennis O'Leary
        Date                                                                 **Deputy Clerk**

**Notice to:**
(crim-cancel.wpd - 7/99)                                                        [ntchrgcnf.]
                                                                                             [kntchrgcnf.]