UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10155

| United States of America | Janet Smith & Thomas Cabana |
|---|---|
| PLAINTIFF | DEFENDANT |
| Victor Wild | Glen Randall |
| | Jose Cruz |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

## CLERK'S NOTES

| DATES: | Change of Hearing |
|---|---|
| 3/17/06 | Counsel for Cababna informs the court that the defendant, Cabana, does not want to change his plea and is requesting a trial date. |
| | Court proceeds with the change of plea hearing for Janet Smith. Smith takes the stand and is sworn. |
| | Plea colloquy started. Government states the maximum penalties for each count. |
| | Government states the evidence it would present had the case gone to trial. Defendant, Smith, changes her plea to guilty on all counts. Court accepts the plea and directs the clerk to enter the same. Sentencing scheduled for June 14, 2006 at 3:00 PM. Procedural order to issue. Defendant's release is continued until sentencing. |
| | Court proceeds with the initial pre-trial conference as to the defendant, Thomas Cabana. Court gives the parties one more week to decide whether a trial will be necessary and orders the parties file a status report by 3/29/06. |
| | Further pretrial conference or change of plea will be held on 3/31/06 at 2:30. Court excludes, with the parties assent, all the time from 2/17/06 to 3/29/06. |