```
                  UNITED STATES DISTRICT COURT

                   DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        v.                  )    CRIMINAL NO. 05-10155-MLW
                            )
THOMAS CABANA               )
```

DEFENDANT'S REQUEST FOR HEARING PURSUANT TO RULE 11

The defendant, Thomas Cabana, respectfully requests that this Court conduct a hearing, pursuant to Fed. R. Crim. P. 11, on March 31, 2006, at 2:30 p.m., in order that he may plead guilty to the indictment in this case.

```
                              THOMAS CABANA
                              By his attorney,


                              /s/Oscar Cruz, Jr.
                              Oscar Cruz, Jr.
                                 B.B.O. #630813
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061
```

CERTIFICATE OF SERVICE

I, Oscar Cruz, Jr., hereby certify that this document filed through the ECF system will be sent electronically to registered participant, Assistant United States Attorney Victor Wild, as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants by delivery on March 29, 2006.

```
                              /s/Oscar Cruz, Jr.
                              Oscar Cruz, Jr.
```