UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10155

| United States of America | Thomas Cababna |
|---|---|
| PLAINTIFF | DEFENDANT |
| Victor Wild | Oscar Cruz |
| | |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf         CLERK   O'Leary         REPORTER Romanow

## CLERK'S NOTES

| DATES: | Change of Plea |
|---|---|
| 3/31/06 | Defendant takes the stand and is sworn. |
| | Plea colloquy started |
| | Government states the maximum possible penalties for the charges |
| | Plea colloquy resumes |
| | Government states the evidence it would have presented had the case gone to trail |
| | Defendant pleads guilty to all counts |
| | Court accepts the defendant's plea and directs the clerk to enter the same |
| | Sentencing set for June 27, 2006 at 3:00 PM. Procedural Order to issue. |
| | Court continues the defendant's release on the same conditions with the government's agreement. |