UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**CRIMINAL CASE
NO. 05-10155-MLW**

**V.**

**JANET SMITH and THOMAS CABANA**
   **Defendant(s)**

### NOTICE OF CANCELLATION/RESCHEDULING

**WOLF, D.J.**

1) The **SENTENCING HEARING** before Judge **Wolf**, PREVIOUSLY SCHEDULED for **JUNE 27, 2006** at **3:00 PM** has been RESCHEDULED to **AUGUST 9, 2006,** at **3:00 P.M.** in Courtroom # **10** on the **5th** floor.

2) If the parties would like to file any motions or other pleadings for the court to consider at sentencing they shall be filed by July 26, 2006. Any responses shall be filed by August 2, 2006.

3) Not less than five business days before the sentencing hearing, counsel are to advise the clerk if counsel for either party contends that an evidentiary hearing is necessary, and shall advise the clerk of the amount of time counsel expects would be required to complete the hearing.

   SARAH A. THORNTON
   CLERK OF COURT

**June 16, 2006**                         By:   /s/ Dennis O'Leary
   Date                                         Deputy Clerk

**Notice to:**
(crim-dispo-cancel.wpd - 7/99)                [ntchrgcnf.][kntchrgcnf.]