UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10155

| United States of America | Thomas Cabana |
|---|---|
| PLAINTIFF | Janet Smith |
| | DEFENDANT |
| Victor Wild | Oscar Cruz |
| | Glen Randall |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER   Romanow

## CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 8/9/06 | Court adopts the factual statements contained in the pre-sentence reports without objection by the parties. Guideline for each defendant is TOL 14, CH I, 15-21 months custody, 36-60 months supervised release, $470,477.06 in restitution, $4K -$9 million fine, $1000.00 special assessment fee. Government recommends a sentence at the low end of the guidelines for both defendants for custody and supervised release and the court impose restitution. Defendant Cabana argues for a sentence of 3 months custody followed by 9 months home confinement. Defendant, Cabana, addresses the court. Defendant, Smith, argues for sentence of 1 day committed, 36 months supervised release first 6 months in CCC followed by 6-9 months of home confinement. Defendant, Smith, addresses the court. Formal sentencing: Cabana - 15 months custody followed by 36 months supervised release on the standard condition plus the special conditions outlined in court, pay restitution in the amount of $470,477.06, no fine, $1000 special assessment fee. Smith - 12 months and 1 day, followed by 36 months supervised release on the standard conditions plus the special conditions outlined in court. All other terms of the sentence are the same as Cabana's. Court does not impose the drug testing for Cabana but does for Smith. Court advises the defendants of their right to appeal and to counsel. Court allows the defendants to self report by 12:00 9/18/06. Court denies the defendants' request to stagger the sentences. |