UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) **Criminal No.05-10155-MLW** |
| | ) |
| v. | ) |
| | ) |
| JANET E. SMITH | ) |
| and | ) |
| THOMAS H. CABANA, | ) |
| | ) |
| DEFENDANTS | ) |

**GOVERNMENT'S OPPOSITION TO MOTION
FOR RECONSIDERATION REGARDING IMPOSITION OF SENTENCE**

The United States opposes the defendants' joint motion for this Court to reconsider its ruling denying staggered prison sentences:

1.  The matters contained in the defendants' motion were specifically considered by this Court at the time of imposition of sentence;

2.  This Court specifically addressed the defendants' requests, and specifically denied the requests, including specific explication of this Court's reasoning in denying the requests;

3.  The defendants' motion presents no new materials and no argument not previously considered, and specifically denied, by this Court;

4.  This Court noted that its reasoning regarding staggered sentences applied not only to the instant case, but across sentencing in a wide range of criminal cases;

5.  The Government notes that the documents accompanying the defendants' motion and addressed to this Court do not support the motion.  The submissions constitute defendant sentencing statements, but neither submission addresses the matter set forth in the motion, viz. staggered sentences.  Nor does either submission suggest how matters would be changed by sentence

modification.

6.     The defendants' motion sets forth no legal authority under which this Court may modify the sentence imposed on August 9, 2006.

WHEREFORE, the Government opposes the defendants' motion.

Respectfully submitted this 14th day of September, 2006.

                    Very truly yours,

                    MICHAEL J. SULLIVAN
                    United States Attorney

          By:   /s/ Victor A. Wild
                    VICTOR A. WILD
                    Assistant U.S. Attorney


                    CERTIFICATE OF SERVICE


        This is to certify that I have this day served upon counsel for the defendants a copy of the foregoing document by electronic filing and by mail to: Glen P. Randall, 50 Burlington Mall Road, Suite 100, Burlington, MA 01803 and Oscar Cruz, Jr., Federal Defender Office, 408 Atlantic Avenue, 3rd Floor, Boston, MA 02110.


                    /s/ Victor A. Wild
                    VICTOR A. WILD
                    ASSISTANT UNITED STATES ATTORNEY